**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00190-PMG |
| | § | |
| JOYCE GRIFFIS SALI | § | |
| STEVEN CHAMBLISS SALI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Aaron R. Cohen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $147,006.91 | Assets Exempt: | $4,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,464.93 | Claims Discharged Without Payment: | $82,283.07 |
| Total Expenses of Administration: | $1,523.16 | | |

3) Total gross receipts of $4,988.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,988.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $133,267.00 | $9,815.77 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,523.16 | $1,523.16 | $1,523.16 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $104,866.67 | $69,135.34 | $66,058.96 | $3,464.93 |
| **Total Disbursements** | $238,133.67 | $80,474.27 | $67,582.12 | $4,988.09 |

4). This case was originally filed under chapter 7 on 01/13/2010. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/02/2011</u>                    By:   <u>/s/ Aaron R. Cohen</u>
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Household goods & furniture | 1129-000 | $2,000.00 |
| Wedding Ring: Plain gold wedding band, Necklace w/ charms, Hoop earings, necklace with cross, Necklace w/ heart | 1129-000 | $400.00 |
| 2009 Tax refund | 1224-000 | $2,586.00 |
| Interest Earned | 1270-000 | $2.09 |
| **TOTAL GROSS RECEIPTS** | | **$4,988.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | SunTrust Bank | 4110-000 | $10,734.00 | $9,815.77 | $0.00 | $0.00 |
| | Gemb/funancing | 4110-000 | $9,121.00 | NA | $0.00 | $0.00 |
| | Green Tree Servicing L | 4110-000 | $113,412.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$133,267.00** | **$9,815.77** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aaron R. Cohen, Trustee | 2100-000 | NA | $1,247.02 | $1,247.02 | $1,247.02 |
| AARON R. COHEN, Trustee | 2200-000 | NA | $276.14 | $276.14 | $276.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,523.16** | **$1,523.16** | **$1,523.16** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $6,011.00 | $6,011.93 | $6,011.93 | $315.33 |
| 2 | GMAC | 7100-000 | $34,565.00 | $17,524.33 | $17,524.33 | $919.19 |
| 3 | American Infosource Lp As Agent for | 7100-000 | $6,095.00 | $6,266.86 | $6,266.86 | $328.71 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $1,005.00 | $1,005.26 | $1,005.26 | $52.73 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $1,520.94 | $1,675.58 | $1,675.58 | $87.89 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $3,108.00 | $3,108.39 | $3,108.39 | $163.04 |
| 7 | VyStar Credit Union | 7100-000 | $2,051.00 | $2,124.20 | $2,124.20 | $111.42 |
| 8 | TARGET NATIONAL BANK | 7100-000 | $3,347.00 | $3,404.53 | $3,404.53 | $178.57 |
| 9 | Citicorp Trust Bank | 7100-000 | $3,076.00 | $3,076.38 | $0.00 | $0.00 |
| 10 | American Express Centurion Bank | 7100-000 | $1,920.69 | $1,965.32 | $1,965.32 | $103.09 |
| 12 | American Infosource Lp As Agent for | 7100-000 | $1,058.00 | $1,058.24 | $1,058.24 | $55.51 |
| 13 | Recovery Management Systems Corporation | 7100-000 | $4,872.00 | $5,127.82 | $5,127.82 | $268.96 |
| 14 | Recovery Management Systems Corporation | 7100-000 | $905.00 | $969.48 | $969.48 | $50.85 |
| 15 | Recovery Management Systems Corporation | 7100-000 | $2,737.00 | $2,782.56 | $2,782.56 | $145.95 |
| 16 | Recovery Management Systems Corporation | 7100-000 | $2,100.00 | $2,100.02 | $2,100.02 | $110.15 |
| 17 | Recovery Management Systems Corporation | 7100-000 | $1,392.00 | $1,392.62 | $1,392.62 | $73.05 |
| 18 | Recovery | 7100-000 | $3,402.00 | $3,529.04 | $3,529.04 | $185.11 |

**UST Form 101-7-TDR (5/1/2011)**

|    |                                           |          |             |            |            |           |
|----|-------------------------------------------|----------|-------------|------------|------------|-----------|
|    | Management Systems Corporation            |          |             |            |            |           |
| 19 | Fia Card Services, NA/Bank of America     | 7100-000 | $6,012.00   | $6,012.78  | $6,012.78  | $315.38   |
|    | American Express                          | 7100-000 | $1,965.00   | NA         | NA         | $0.00     |
|    | American Express                          | 7100-000 | $1,965.00   | NA         | NA         | $0.00     |
|    | Bank Of America                           | 7100-000 | $0.00       | NA         | NA         | $0.00     |
|    | Chase                                     | 7100-000 | $0.00       | NA         | NA         | $0.00     |
|    | Citibank Usa                              | 7100-000 | $1,675.00   | NA         | NA         | $0.00     |
|    | Gemb/belk                                 | 7100-000 | $0.00       | NA         | NA         | $0.00     |
|    | Hsbc Bank                                 | 7100-000 | $0.00       | NA         | NA         | $0.00     |
|    | Hsbc/rs                                   | 7100-000 | $10,182.00  | NA         | NA         | $0.00     |
|    | Hsbc/rs                                   | 7100-000 | $1,407.00   | NA         | NA         | $0.00     |
|    | John Deere                                | 7100-000 | $992.14     | NA         | NA         | $0.00     |
|    | Lowes                                     | 7100-000 | $1,341.88   | NA         | NA         | $0.00     |
|    | Miracle Financial                         | 7100-000 | $73.02      | NA         | NA         | $0.00     |
|    | Tract/cbsd                                | 7100-000 | $0.00       | NA         | NA         | $0.00     |
|    | Verizon Wireless                          | 7100-000 | $88.00      | NA         | NA         | $0.00     |
| **TOTAL GENERAL UNSECURED CLAIMS** |                  |          | $104,866.67 | $69,135.34 | $66,058.96 | $3,464.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 10-00190-PMG | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS | Date Filed (f) or Converted (c): | 01/13/2010 (f) |
| For the Period Ending: | 10/2/2011 | §341(a) Meeting Date: | 02/18/2010 |
| | | Claims Bar Date: | 06/25/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1841 Openwoods Road, Middleburg, together with doublewide mobile home - HOMESTEAD | $110,980.00 | $0.00 | OA | $0.00 | FA |
| 2 | Suntrust Bank account | $171.91 | $0.00 | DA | $0.00 | FA |
| 3 | Household goods & furniture | $2,550.00 | $2,000.00 | | $2,000.00 | FA |
| 4 | Books-Music: dvd movies | $75.00 | $0.00 | DA | $0.00 | FA |
| 5 | Collectibles: Cookie Jars | $250.00 | $0.00 | DA | $0.00 | FA |
| 6 | Clothes: Misc. clothes, both parties | $75.00 | $0.00 | DA | $0.00 | FA |
| 7 | Wedding Ring: Plain gold wedding band, Necklace w/ charms, Hoop earings, necklace with cross, Necklace w/ heart | $600.00 | $400.00 | | $400.00 | FA |
| 8 | Sports-Hobby: exercise bike | $150.00 | $0.00 | DA | $0.00 | FA |
| 9 | 35 cal. marlin, 357 taurus, 25 cal raven | $300.00 | $0.00 | DA | $0.00 | FA |
| 10 | 2008 Chevy Trailblazer 4 Dr Wagon Sport Utility 5,500 miles | $17,050.00 | $0.00 | OA | $0.00 | FA |
| 11 | 2005 Chevy Avalanche 4 Dr Sport Utility 35,000 miles | $12,950.00 | $0.00 | OA | $0.00 | FA |
| 12 | Trailer: Utility Trailer 2006 good | $150.00 | $0.00 | DA | $0.00 | FA |
| 13 | Fun Vehicle: 2003 keystone 21 ft. travel trailer | $3,980.00 | $0.00 | OA | $0.00 | FA |
| 14 | Animals: DOG/ MUT | $0.00 | $0.00 | DA | $0.00 | FA |
| 15 | Other: Craftsman Power Tools and John Deere riding mower | $600.00 | $0.00 | DA | $0.00 | FA |
| 16 | Other: Ryobi Tablesaw, pushmower, vhs movies, weedeater, leafblower, misc. tools | $275.00 | $0.00 | DA | $0.00 | FA |
| 17 | 2009 Tax refund (u) | $2,586.00 | $2,586.00 | | $2,586.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.09 | FA |

**TOTALS (Excluding unknown value)**                                                                                                           **Gross Value of Remaining Assets**

$152,742.91              $4,986.00              $4,988.09              $0.00

FORM 1
Page No: 2   Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 10-00190-PMG | **Trustee Name:** Aaron R. Cohen |
| **Case Name:** SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS | **Date Filed (f) or Converted (c):** 01/13/2010 (f) |
| **For the Period Ending:** 10/2/2011 | **§341(a) Meeting Date:** 02/18/2010 |
| | **Claims Bar Date:** 06/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/12/2010 | T-OVER OF ALL NON-EXEMPT P.P. AND 09 REFUND, HRG SET FOR 6/9/2010 AT 9:00 AM |
| 03/12/2010 | REMINDER TAX LTR TO DEBTOR |
| 03/12/2010 | LTR TO ATTY OFFERING $2400 OVER 12 MOS |
| 03/16/2010 | CALL FROM ATTY FREEMAN, WILL ACCEPT OFFER |
| 03/26/2010 | LTR TO DEBTORS FOR T-OVER OF ENTIRE REFUND IN THE AMOUNT OF $2586.00 |
| 06/09/2010 | ORDER - TOVER OF $2586 OF REFUND W/IN 7 DAYS + $2400 OVER 12 MOS FRM 4/15 |
| 10/28/2010 | NIS - $2400 OVER 12 MOS FRM 4/15/10; ABANDONMENT DONE |
| 04/07/2011 | OBJ. TO CLAIMS 11 AND 9 FILED |
| 04/14/2011 | READY FOR TFR, WAITING ON OBJ TO CLAIMS TO BE RESOLVED |
| 05/11/2011 | PROPOSED ODRERS SUS. OBJ. CLAIMS 11 AND 9 FILED |

**Initial Projected Date Of Final Report (TFR):** 04/01/2011   **Current Projected Date Of Final Report (TFR):** 05/15/2011

/s/ AARON R. COHEN
AARON R. COHEN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00190-PMG | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******3719 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | ******3720 | Account Title: | dda |
| For Period Beginning: | 1/13/2010 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2011 | | Transfer From: MMA # ******0190 | Transfer to Close Account | 9999-000 | $4,988.09 | | $4,988.09 |
| 06/21/2011 | 2000 | AARON R. COHEN | Trustee Expenses | 2200-000 | | $276.14 | $4,711.95 |
| 06/21/2011 | 2001 | Aaron R. Cohen | Trustee Compensation | 2100-000 | | $1,247.02 | $3,464.93 |
| 06/21/2011 | 2002 | Discover Bank | Final | 7100-000 | | $315.33 | $3,149.60 |
| 06/21/2011 | 2003 | GMAC | Final | 7100-000 | | $919.19 | $2,230.41 |
| 06/21/2011 | 2004 | American Infosource Lp As Agent for | Final | 7100-000 | | $328.71 | $1,901.70 |
| 06/21/2011 | 2005 | PYOD LLC its successors and assigns as assignee of | Final | 7100-000 | | $52.73 | $1,848.97 |
| 06/21/2011 | 2006 | PYOD LLC its successors and assigns as assignee of | Final | 7100-000 | | $87.89 | $1,761.08 |
| 06/21/2011 | 2007 | PYOD LLC its successors and assigns as assignee of | Final | 7100-000 | | $163.04 | $1,598.04 |
| 06/21/2011 | 2008 | VyStar Credit Union | Final | 7100-000 | | $111.42 | $1,486.62 |
| 06/21/2011 | 2009 | TARGET NATIONAL BANK | Final | 7100-000 | | $178.57 | $1,308.05 |
| 06/21/2011 | 2010 | American Express Centurion Bank | Final | 7100-000 | | $103.09 | $1,204.96 |
| 06/21/2011 | 2011 | American Infosource Lp As Agent for | Final | 7100-000 | | $55.51 | $1,149.45 |
| 06/21/2011 | 2012 | Recovery Management Systems Corporation | Final | 7100-000 | | $268.96 | $880.49 |
| 06/21/2011 | 2013 | Recovery Management Systems Corporation | Final | 7100-000 | | $50.85 | $829.64 |
| 06/21/2011 | 2014 | Recovery Management Systems Corporation | Final | 7100-000 | | $145.95 | $683.69 |
| 06/21/2011 | 2015 | Recovery Management Systems Corporation | Final | 7100-000 | | $110.15 | $573.54 |
| 06/21/2011 | 2016 | Recovery Management Systems Corporation | Final | 7100-000 | | $73.05 | $500.49 |
| 06/21/2011 | 2017 | Recovery Management Systems Corporation | Final | 7100-000 | | $185.11 | $315.38 |
| 06/21/2011 | 2018 | Fia Card Services, NA/Bank of America | Final | 7100-000 | | $315.38 | $0.00 |

SUBTOTALS   $4,988.09   $4,988.09

Case 3:10-bk-00190-PMG    Doc 84    Filed 10/07/11    Page 9 of 12

Page No: 2                Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-00190-PMG | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******3719 | | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | ******3720 | | Account Title: | dda |
| For Period Beginning: | 1/13/2010 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,988.09 | $4,988.09 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,988.09 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,988.09 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,988.09 | |

**For the period of 1/13/2010 to 10/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,988.09 |
| | |
| Total Compensable Disbursements: | $4,988.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,988.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/11/2011 to 10/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,988.09 |
| | |
| Total Compensable Disbursements: | $4,988.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,988.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00190-PMG | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******3719 | Money Market Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | ******3720 | Account Title: | MMA |
| For Period Beginning: | 1/13/2010 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2010 | (17) | STEVEN C SALI OR JOYCE G SALI | TURNOVER OF 2009 TAX REFUND | 1224-000 | $2,586.00 | | $2,586.00 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.08 | | $2,586.08 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.11 | | $2,586.19 |
| 06/17/2010 | | STEVEN C. SALI OR JOYCE G. SALI | SALE TO DEBTOR, PYMT | * | $600.00 | | $3,186.19 |
| | {3} | | | $300.00 | 1129-000 | | $3,186.19 |
| | {7} | | | $300.00 | 1129-000 | | $3,186.19 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.11 | | $3,186.30 |
| 07/06/2010 | | STEVEN C. SALI OR JOYCE G SALI | SALE TO DEBTOR, PYMT | * | $200.00 | | $3,386.30 |
| | {3} | | | $100.00 | 1129-000 | | $3,386.30 |
| | {7} | | | $100.00 | 1129-000 | | $3,386.30 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.14 | | $3,386.44 |
| 08/02/2010 | (3) | STEVEN C. SALI OR JOYCE G. SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $3,586.44 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.15 | | $3,586.59 |
| 09/08/2010 | (3) | STEVEN C. SALI OR JOYCE G. SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $3,786.59 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.15 | | $3,786.74 |
| 10/13/2010 | (3) | STEVEN C SALI OR JOYCE G SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $3,986.74 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $3,986.90 |
| 11/10/2010 | (3) | STEVEN C SALI OR JOYCE G SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $4,186.90 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.17 | | $4,187.07 |
| 12/10/2010 | (3) | STEVEN C. SALI OR JOYCE G SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $4,387.07 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.18 | | $4,387.25 |
| 01/17/2011 | (3) | STEVEN C SALI OR JOYCE G SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $4,587.25 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.19 | | $4,587.44 |
| 02/23/2011 | (3) | STEVEN C. SALI OR JOYCE G SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $4,787.44 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.18 | | $4,787.62 |
| 03/04/2011 | (3) | STEVEN C SALI OR JOYCE G. SALI | SALE TO DEBTOR, PYMT | 1129-000 | $200.00 | | $4,987.62 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $4,987.83 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.20 | | $4,988.03 |

**SUBTOTALS**    $4,988.03    $0.00

Page No: 4  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-00190-PMG | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******3719 | Money Market Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | ******3720 | Account Title: | MMA |
| For Period Beginning: | 1/13/2010 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/11/2011 | 1270-000 | $0.06 | | $4,988.09 |
| 05/11/2011 | | Transfer To: dda # ******0190 | Transfer to Close Account | 9999-000 | | $4,988.09 | $0.00 |
| | | | **TOTALS:** | | $4,988.09 | $4,988.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,988.09 | |
| | | | Subtotal | | $4,988.09 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,988.09 | $0.00 | |

| For the period of 1/13/2010 to 10/2/2011 | | For the entire history of the account between 04/05/2010 to 10/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,988.09 | Total Compensable Receipts: | $4,988.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,988.09 | Total Comp/Non Comp Receipts: | $4,988.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,988.09 | Total Internal/Transfer Disbursements: | $4,988.09 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 10-00190-PMG |
| **Case Name:** | SALI, JOYCE GRIFFIS AND SALI, STEVEN CHAMBLISS |
| **Primary Taxpayer ID #:** | ******3719 |
| **Co-Debtor Taxpayer ID #:** | ******3720 |
| **For Period Beginning:** | 1/13/2010 |
| **For Period Ending:** | 10/2/2011 |

| | |
|---|---|
| **Trustee Name:** | Aaron R. Cohen |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0190 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,988.09 | $4,988.09 | $0.00 |

**For the period of 1/13/2010 to 10/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,988.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,988.09 |
| Total Internal/Transfer Receipts: | $4,988.09 |
| | |
| Total Compensable Disbursements: | $4,988.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,988.09 |
| Total Internal/Transfer Disbursements: | $4,988.09 |

**For the entire history of the case between 01/13/2010 to 10/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,988.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,988.09 |
| Total Internal/Transfer Receipts: | $4,988.09 |
| | |
| Total Compensable Disbursements: | $4,988.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,988.09 |
| Total Internal/Transfer Disbursements: | $4,988.09 |