[3601] [O/ Approving Account, Discharging Trustee & Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:10–bk–00190–PMG
Chapter 7

Steven Chambliss Sali

Joyce Griffis Sali

_____Debtor(s)_____/

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that, the Trustee, has reduced debtor's estate to cash; that the Trustee has made distribution as required by the Order of this Court and has rendered a full and complete account, and that said Trustee has performed all duties required for the administration of this estate;

It is **ORDERED** that the accounts of Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust; and that the bond of the Trustee is canceled and that the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated November 8, 2011.

_____
Paul M. Glenn
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee